12 F.3d 580w
 43 Soc.Sec.Rep.Ser. 249, Medicare&Medicaid Guide P 41,967
Kimberly AUDETTE, on behalf of herself and as next friend of
her minor children; Sharon McMurphy, on behalf of herself
and her minor children; Betty Keyser; Michigan Welfare
Rights Organization, each on behalf of a class of similarly
situated persons, Plaintiffs-Appellants,
v.
Louis W. SULLIVAN, Secretary, U.S. Department of Health &
Human Services; Gail Wilensky, Administrator,
Health Care Financing Administration,
Defendants-Appellees.
Christine BABBITT, on behalf of herself and as next friend
of her minor children; Kimberly Campbell, on behalf of
herself and as next friend of her minor children; Michigan
Welfare Rights Organization, each on behalf of a class of
similarly situated persons; Sharon McMurphy, on behalf of
herself and her minor child; Cornelia Sims, Plaintiffs-Appellants,
v.
The STATE OF MICHIGAN, Through its DEPARTMENT OF SOCIAL
SERVICES; Gerald Miller, in his official capacity as
Director of the Michigan Department of Social Services;
Eileen Ellis, in her official capacity as Acting Director of
the Medical Services Administration of the Michigan
Department of Social Services, Defendants-Appellees.
 No. 92-1750, 92-1112.
 United States Court of Appeals,
Sixth Circuit.
 Argued March 23, 1993.
Decided Dec. 17, 1993.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 19 F.3d 254.